UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK MICHAUD,<br><br>        Plaintiff,<br><br>vs.<br><br>GABRIEL SOLOMON D/B/A SOLAR MEDIA TEAM, SOLOMON ASSOCIATES, LLC, MITCHELL GORDON, SOLAR SOLUTIONS, INC., SUNERGY SOLAR, LLC, JANE DOE(S) & JOHN DOE(S)<br><br>        Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF GABRIEL SOLOMON**

    1.    I am over the age of eighteen years and am competent to make this declaration.

    2.    I have personal knowledge of the matters set forth in this declaration, except as to those matters stated upon information and belief, and I believe those matters to be true.

    3.    Based on the foregoing, if called upon as a witness, I could and would competently testify as to all of the matters stated herein.

    4.    I am owner of Renovation Referral, LLC ("Renovation").

    5.    Renovation was previously known as Solomon & Associates LLC ("Solomon"). Solomon changed its name to Renovation in 2018.

    6.    In my role as owner of Solomon, and later Renovation, I am familiar with the business practices of those companies.

    7.    Solomon, and later Renovation, used the d/b/a "Solar Media Team".

    8.    I never represented myself personally as "Gabriel Solomon d/b/a Solar Media Team".

9. I am not an owner or otherwise affiliated with Sunenergy Solar, LLC or Solar Solutions, Inc. I have nothing to do with these companies.

10. Solomon and later Renovation would provide "live transfers" of potential qualified customers to their clients. These live transfers were the result of calls made by Solomon (now Renovation).

11. Neither Solomon nor Renovation ever maintained a business office in Massachusetts.

12. I am a resident of Florida, and Solomon (now Renovation) maintains a business office in Coconut Creek, Florida.

13. I am informed that the calls at issue to Plaintiff Patrick Michaud were made on March 27, 28, and 29 of 2017.

14. At the time in March 2017, Solomon did not have any clients requesting calls into Massachusetts, so Solomon was not making calls into Massachusetts at that time.

15. Solomon was closed on March 29, 2017 due to network issues from a recent move. No calls were made that day.

16. At that time, and currently, I did not handle the daily calling operations, including supervising and managing the agents who actually make the calls.

17. At that time, and currently, I do not provide to the agents the specific phone numbers to be called. Nor do I load lists of phone numbers to be called.

18. Mitchell Gordon is a former employee of Solomon. He was not employed by Solomon in March 27, 28, and 29 of 2017. He left the employ of Solomon as of March 3, 2017.

19. A true and correct copy of a redacted summary of Solomon's payroll information for March 2017, showing he was no longer a paid employee of Solomon that month is attached hereto as Exhibit A. The information for other Solomon employees is redacted.

20. Even during the time Mr. Gordon was working for Solomon, I did not direct him to call certain phone numbers. I have never directed Mr. Gordon or anyone to call Plaintiff's alleged 617-290-9440 phone number.

21. I did not make any calls to consumers on behalf of potential clients, including the calls to Plaintiff.

22. Neither Solomon nor Renovation have called Plaintiff's alleged 617-290-9440 phone number.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of November 2020, at Coconut Creek, FL.

_____
Gabriel Solomon